# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 20, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161220(44)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MEDICAL TEAM, INC.,
      Plaintiff-Appellant,

v

AUTO-OWNERS INSURANCE COMPANY,
      Defendant-Appellee.
_____/

SC: 161220
COA: 345449
Washtenaw CC: 17-000394-NF

      On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on July 15, 2020, is accepted as timely filed.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2020



Clerk